**FLORIDA REAL ESTATE COMMISSION, ex rel. HARRY WILLIAMS, v. FRED FEATHERSTONE.**

15 So. (2nd) 906                                            June Term, 1943
December 21, 1943                                              Division B

*T. P. Warlow,* for appellant.

*David C. McDonald,* for appellee.

PER CURIAM:

The law of this case is simple and well settled. The decision of the case in the court below and here turns upon questions of fact. There is ample evidence in the record to sustain the conclusions reached by the Circuit Judge and his judgment is accordingly

Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.